

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| EMPLOYEES RETIREMENT SYSTEM OF TEXAS, | § § | No. 08-19-00084-CV |
| Appellant, | § | Appeal from the |
| v. | § | 41st District Court |
| CLAUDIA GUTIERREZ, Individually and as next friend of L.F.G., a Minor, | § | of El Paso County, Texas |
| Appellee. | § § | (TC# 2015DCV1608) |

# J U D G M E N T

The Court has considered this cause on the Appellant's motion to dismiss the appeal and concludes the motion should be granted and the appeal should be dismissed. We therefore dismiss the appeal. We further order each party bear their own costs, and this decision be certified below for observance.

IT IS SO ORDERED THIS 7TH DAY OF FEBRUARY, 2020.

GINA M. PALAFOX, Justice

Before Alley, C.J., Rodriguez, and Palafox, JJ.